# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ELIAQUIN DUARTE HERRERA,<br>    Plaintiff-Petitioner, | § § § |
| VS. | § CIVIL ACTION NO. B-02-170<br>§<br>§ CRIMINAL NO. 6:02-CV-072-C |
| UNITED STATES OF AMERICA,<br>    Defendant-Respondent. | § § § |

## ORDER

Petitioner, Eliaquin Duarte Herrera, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by October 22, 2002.

DONE at Brownsville, Texas, this 9th day of September, 2002.

_____
John Wm. Black
United States Magistrate Judge