IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　Respondent, | §<br>§<br>§ |
| vs. | § C.R. NO. 6:02-CV-072-C |
| ELIAQUIN DUARTE HERRERA<br>　Petitioner.<br>(C.A. No. B-02-170) | §<br>§<br>§<br>§ |

**RESPONDENT'S MOTION
FOR EXTENSION OF TIME**

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, hereinafter "the government" files this Motion for Extension of time requesting twenty additional days to file its response to Movant's Motion for Relief under 28 U.S.C. § 2255 and in support thereof would show the following:

The government has been ordered to respond to movant's motion under 28 U.S.C. § 2255 by October 22, 2002. The undersigned Assistant United States Attorney has completed motions and responses which required extensive research in the following causes during the previous 30 days *United States v. Gonzalez, Jr.* No. H-02-2706; *United States v. Barnett,* No. H-02-2792; *United States v. Njoku,* No. H-02-2926; *United States v. Hernandez,* No. C-02-306; *United States v. Barboza,* C-02-347; *United States v. Hillhouse,* No. H-02-3239, *United States v. Mora-Ochoa,* No. B-02-24 *United States v. Montelongo,* No. M-02-349. Counsel for the government is also in the process preparing responses on three matters due in the district court by October 25, 2002, and requires 20 additional days to complete the instant response.

The government's request for additional time is made in good faith and not for the purp

of delay.

The government prays that this court will grant the government twenty additional days to its response in this matter

Respectfully submitted,
MICHAEL T. SHELBY
United States Attorney

By: _____
YONG J. AN
Assistant United States Attorney
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208
State Bar No. 24033612
Fed. Id. No. 29460
(713) 567-9506

## CERTIFICATE OF SERVICE

I, Yong J. An, certify that a true and correct copy of the above document has been served by placing same in the United States mail, postage prepaid, today, October 22, 2002 addressed to:

Eliaquin Duarte Herrera
Prisoner No. 11295-179
Eden Detention Center
P. O. Box 605
Eden, TX 76837

_____
Yong J. An
Assistant United States Attorney