5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Respondent, | § § § | |
| vs. | § § | ~~CR. NO. 6:02-CV-072-C~~<br>CA B-02-170 |
| ELIAQUIN DUARTE HERRERA<br>Petitioner.<br>(C.A. No. B-02-170) | § § § § | |

## ORDER

It is hereby ORDERED that the government's motion for twenty additional days to respond to the Movant's Motion for Relief under §2255 is GRANTED. The government's response must be filed on or before __18 Nov 2002__.

SIGNED this __24__ day of __Oct__ 2002.

UNITED STATES MAGISTRATE JUDGE

3